**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Gerrisha Monic Wigfall, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-cv-1814-UNA |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

The above styled and numbered case was filed on December 9, 2015 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Catherine D. Perry, United States District Judge, under cause number 1:15-cv-00230-CDP.

**IT IS FURTHER ORDERED** that cause number 4:15-cv-1814-UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: <u>December 10, 2015</u>          By:   <u>/s/ Michele  Crayton</u>
                                        Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:15-cv-00230-CDP.**