UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

GERRISHA WIGFALL,     )
            )
   Plaintiff,     )
            )
  v.         )  No. 1:15 CV 230 CDP
            )
NANCY A. BERRYHILL,    )
Acting Commissioner of Social Security, )
            )
   Defendant.    )

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees pursuant to

the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $6,258.94.

Defendant does not object to the request.

On March 22, 2017, I reversed the decision of the Commissioner and

remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g)

for further consideration. Because plaintiff prevailed and is not otherwise

precluded from recovering attorney's fees, I find plaintiff[1] is entitled to an award in

the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [25]

---

[1]The fees are payable to plaintiff, not plaintiff's attorney. See Astrue v. Ratliff, 560 U.S. 586
(2010).

is granted, and defendant shall pay plaintiff $6,258.94 in attorney's fees.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2017.